**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID M. PON,

        Plaintiff,

v.                              Case No:   6:26-cv-58-JSS-LHP

UNITED STATES OF AMERICA,
JOHN DOES 1 - 20 and JANE DOES 1
- 20,

        Defendants

---

### ORDER

Before the Court is Plaintiff's *pro se* Motion for Permission to Use CM/ECF Filing.   Doc. No. 4.   On review, the motion is due to be denied without prejudice.

First, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b).   Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).   Here, Plaintiff makes no such showing and bases his motion solely on his *pro se* status; that his residence is located thirty (30) miles

round-trip from the courthouse and he lacks reliable transportation; and that he experiences delays and incurs additional expenses by sending or receiving filings by U.S. mail or in person. Doc. No. 4. *See, e.g., Gerow v. Blackwell*, No. 8:24-cv-02280-KKM-NHA, 2024 WL 4679030, at *2 (M.D. Fla. Nov. 5, 2024); *Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025).

Accordingly, the motion (Doc. No. 4) is **DENIED without prejudice**. That said, "the Court in its discretion may grant a *pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing delivery of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the Clerk of Court is **DIRECTED** to add Plaintiff's email address, healall888@gmail.com to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record