**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID M. PON,

      Plaintiff,

v.                                                              Case No:   6:26-cv-58-JSS-LHP

UNITED STATES OF AMERICA,
JOHN DOES 1 - 20 and JANE DOES 1
- 20,

      Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time for Service of Doe Defendants.  Doc. No. 12.  On review, the motion (Doc. No. 12) is **GRANTED**, to the extent that the deadline for Plaintiff to effect service of process and file proof thereof is extended up to and including **July 9, 2026**.

Also before the Court is Plaintiff's Renewed Motion for Permission to File Electronically.  Doc. No. 13.  Upon consideration, this motion (Doc. No. 13) is **GRANTED**.  The Court will permit Plaintiff to file electronically via CM/ECF, provided that Plaintiff complies with the Administrative Procedures for Electronic

Filing.[1]   Failure to comply will result in the removal of electronic filing privileges. Plaintiff is further advised that the privilege granted herein will be revoked if he misuses or abuses CM/ECF.   Plaintiff is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration.

Plaintiff is cautioned that although he proceeds *pro se* in this matter, he is obligated to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").   Neither of the present motions (Doc. Nos. 12–13) include a separate memorandum of legal authority as required by Local Rule 3.01(b).   Plaintiff is cautioned that future non-compliant filings may be summarily stricken or denied without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

- 3 -

Copies furnished to:

Pro Se Parties
Counsel of Record